MAYER and BRYSON, Circuit Judges and SPENCER, Chief District Judge.*

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

Davidson, Director, and Brian M. Simkin, Assistant Director.

LOURIE, RADER, and PROST, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Elizabeth S. LAZARO, Petitioner,

v.

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, Respondent.

No. 2008-3321.

United States Court of Appeals, Federal Circuit.

July 14, 2009.

Michael W. Dolan, Attorney at Law, of Washington, DC, argued for petitioner.

L. Misha Preheim, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were Michael F. Hertz, Deputy Assistant Attorney General, Jeanne E.

Sung K. KIM, Petitioner,

v.

DEPARTMENT OF DEFENSE, Respondent.

No. 2008-3343.

United States Court of Appeals, Federal Circuit.

July 14, 2009.

Kevin L. Owen, Law Offices of Gary M. Gilbert & Associates, of Silver Spring, MD, argued for petitioner. With him on the brief was Gary M. Gilbert.

Elizabeth M. Hosford, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were Michael F. Hertz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Kirk T.

* The Honorable James R. Spencer, Chief Judge, United States District Court for the

Eastern District of Virginia, sitting by designation.